**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**Proceeding Memorandum/Order**

**In Re:** Timothy E. Adams                              **Case/AP Number** 17-12496 **-FJB**
                                                         **Chapter** 13

> #43 Motion filed by Creditor MTGLQ Investors, L.P. for Relief from Stay Re: 749 Berkley Street, Berkley, MA 02779. (Giguere, Jason)
> #46 Response filed by Debtor Timothy E. Adams.(Smeloff, Richard)
> #53 Notice of Withdrawal with certificate of service (RE: 46 Response RE: 43 Motion for Relief from Stay Re: 749 Berkley Street, Berkley, MA 02779) filed by Debtor Timothy E. Adams (Smeloff, Richard)

**COURT ACTION:**

_____Hearing held

_____Granted    _____Approved    _____Moot

_____Denied    _____Denied without prejudice    _____Withdrawn in open court

_____Overruled    _____Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order    _____Released    _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

As the Debtor has withdrawn his Response, the Motion for Relief from Stay is granted. Movant is hereby granted relief from the automatic stay to exercise its rights as to the property and, until the Debtor receives a discharge, to preserve its rights as to a potential deficiency.

The hearing scheduled for August 9, 2018 is canceled.

IT IS SO ORDERED:

_____Dated: 08/08/2018
Frank J. Bailey
United States Bankruptcy Judge